746 A.2d 455

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT
v. GLENN DAVIS, DEFENDANT-PETITIONER.

January 4, 2000.

Petition for certification is granted and the matter is summarily remanded to the Appellate Division for reconsideration in the light of *State v. Sexton*, 160 *N.J.* 93, 733 *A.*2d 1125 (1999).

746 A.2d 455

HARRIS COLT, PLAINTIFF–PETITIONER, v. HOPE
COLT, DEFENDANT–RESPONDENT.

January 20, 2000.

Petition for certification is granted and the matter is summarily remanded to the Appellate Division for reconsideration in light of *Miller v. Miller*, 160 *N.J.* 408, 734 *A.*2d 752 (1999).

746 A.2d 455

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT
v. DARIN HUNTER, DEFENDANT–PETITIONER.

January 28, 2000.

Petition for certification is granted, and the matter is summarily remanded to the Appellate Division in light of *State v. G.V.*, 162 *N.J.* 252, 744 *A.*2d 137 (2000).